IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-635-FDW-DCK

| SHERICKA D USHER, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| SUGAR CREEK CHARTER SCHOOL, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Stephen J. Dunn, filed a "Report Of Mediator" (Document No. 9) notifying the Court that the parties reached a settlement on July 11, 2023. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **August 10, 2023**.

**SO ORDERED**.

Signed: July 12, 2023

David C. Keesler
United States Magistrate Judge